UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Mining and Manufacturing Company, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Janel, S.A. de C.V., a Mexican corporation,<br><br>Defendant. | Civil Action No. 01-CV-2248 MJD/JGL<br><br>**STIPULATION AND ORDER** |

WHEREAS, Minnesota Mining & Manufacturing, Inc. ("3M") filed this action against Janel S.A. de C.V. ("Janel") on or about December 5, 2001.

WHEREAS, on or about November 30, 2001, 3M also filed a Complaint with the International Trade Commission ("ITC") under section 337 of the Tariff Act alleging that Janel was infringing 3M's trademark for the color canary yellow used in its self-stick repositionable note products. The ITC instituted an investigation. The proceeding pending before the ITC is captioned *In re Certain Canary Yellow Self-Stick Repositionable Note Products*, Inv. No. 337-TA-467.

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

1. Pursuant to 28 U.S.C. § 1659(a), the parties stipulate to a stay of this action until the ITC action is final. Upon completion, Plaintiff should file a motion requesting that the stay be lifted.

2. With respect to Janel's motion to dismiss now pending, Janel will withdraw said motion without prejudice to its refiling in the future. Both parties hereby fully reserve their

FEB 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK



Doc# 1516788\1

rights, defenses and arguments with respect to any motions that Janel may bring pursuant to Rule 12 if Plaintiff at some future date moves to lift the stay and the stay is lifted.

3. The discussions leading up to and the filing of this stipulation do not constitute any grounds for the finding of personal jurisdiction or venue against Janel, and Plaintiff shall not argue otherwise at any time.

4. The parties respectfully request that the Court enter this stipulation as its Order.

Dated: February ___, 2002

MERCHANT & GOULD P.C.

By: ______________________
David K. Tellekson #173836
Jon R. Trembath #292163
80 South Eighth Street, Suite 3200
Minneapolis, Minnesota 55402-2215
Telephone: 612/332-5300

Of Counsel:
Louis T. Pirkey
William G. Barber
FULBRIGHT & JAWORSKI L.L.P.
2400 One American Center
600 Congress Avenue
Austin, TX 78701
Telephone: 512.474.5201
Facsimile: 512.536.4598

Hildy Bowbeer
Robert W. Hoke II
Carolyn V. Peters
MINNESOTA MINING AND MANUFACTURING COMPANY
P.O. BOX 33427
St. Paul, MN 55133-3427
Telephone: 651.737.3194

**Attorneys for Plaintiff Minnesota Mining and Manufacturing Company.**

Dated: February 15, 2002

LINDQUIST & VENNUM, P.L.L.P.

By: ______________________

David A. Allgeyer, #12042x
Mark R. Privratsky, # 275104
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

Of Counsel:
Robert W. Turner
Mark N. Reiter
JONES, DAY, REAVIS & POGUE
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939

**Attorneys for Defendant**
**Janel S.A. de C.V.**

**SO ORDERED:**

Dated: 2/19/2002

______________________
Jonathan G. Lebedoff
Magistrate Judge, United States District Court



Doc# 1516788\1