UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

| | | |
|---|---|---|
| Minnesota Mining and Manufacturing Company, a Delaware corporation, | ) | |
| Plaintiffs, | ) | Civil Action No. 01-CV-2248 MJD/JGL |
| v. | ) | |
| Janel, S.A. de C.V. a Mexican corporation, | ) | |
| Defendant. | ) | |

**3M'S MOTION FOR ENTRY OF STIPULATED FINAL ORDER**

Plaintiff, 3M Company, formerly named Minnesota Mining and Manufacturing Company ("3M") requests that the attached Final Order, signed by both parties, be entered by the Court. The Final Order contains findings of fact, conclusions of law, and relief to which both parties have agreed and which would constitute the final judgment in this action, if entered by the Court.

3M originally filed this action against Janel, S.A. de C.V. ("Janel") on December 5, 2001. On February 19, 2001, the Court granted the request of both parties to stay the action pending the resolution of an action before the United States International Trade Commission. The parties have now settled the issues articulated in 3M's Complaint, and have jointly executed the Final Order. In the Final Order, Janel agrees to submit to this Court's personal jurisdiction for purposes of this action.

3M respectfully requests that the Final Order be entered by the Court, which enters the findings of fact, conclusions of law, and relief set forth therein, and which constitutes the final judgment by this Court.

FILED JUN 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respectfully submitted,

MINNESOTA MINING AND
MANUFACTURING COMPANY

By: David K. Tellekson /JAB
David K. Tellekson #173836
Jon Trembath #292163
MERCHANT & GOULD P.C.
80 South Eighth Street, Suite 3200
Minnesota, Minnesota 55402-2215
612.332.5300 – phone

Louis T. Pirkey
William G. Barber
FULBRIGHT & JAWORSKI
600 Congress Avenue, Suite 2400
Austin, Texas 78701
512.418.3000 – phone
512.474.7577 – fax